**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE ROGERS,<br>Plaintiff,<br>v.<br>RAINBOW REHABILITATION AND HEALTHCARE CENTER, LLC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 2:26-cv-02541-SHL-tmp |

**ORDER FOR DEFENDANT TO SHOW CAUSE**

Before the Court is Plaintiff Stephanie Rogers' Complaint, filed May 11, 2026. (ECF No. 1.) Process was served on Defendant Rainbow Rehabilitation and Healthcare Center, LLC ("Rainbow") on May 18, 2026. (ECF No. 7.) Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), Rainbow's Answer was due on or before June 8, 2026. That deadline has passed, and Rainbow has not answered or otherwise responded to the Complaint.

Rainbow is **ORDERED TO SHOW CAUSE** as to why default should not be ordered against it within **TEN DAYS** of this Order's entry. Failure to respond to this Order in a timely manner may result in an entry of default. The Clerk is **DIRECTED** to mail this Order to Show Cause to Rainbow at the address at which it was served, (see id. at PageID 29):

Rainbow Rehabilitation and Healthcare Center, LLC
c/o Corporation Service Company
2908 Poston Avenue
Nashville, Tennessee 37203

**IT IS SO ORDERED,** this 9th day of October, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE